**SECOND DIVISION
ANDREWS, P. J.,
MILLER and BRANCH, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/**

**April 10, 2015**

# In the Court of Appeals of Georgia

A13A0814.  REID  v.  METROPOLITAN  ATLANTA  RAPID
     TRANSIT AUTHORITY.

BRANCH, Judge.

This case involves an attempt by Michael Reid to recover statutory penalties owed by his employer, the Metropolitan Atlanta Rapid Transit Authority ("MARTA"), as a result of MARTA's failure to pay Reid his workers' compensation benefits in a timely fashion. The trial court denied this request, finding that Reid was seeking to recover additional workers' compensation benefits resulting from a change in condition, and that his claim was therefore barred by the two-year statute of limitation found in OCGA § 34-9-104 (b). In *Reid v. Metropolitan Atlanta Rapid Transit Authority,* 323 Ga. App. 523 (746 SE2d 779) (2013), this Court reversed the trial court's ruling, finding that Reid's claim did not result from a change in condition

and that therefore the claim was not time-barred. The Supreme Court of Georgia reversed that decision in *Metropolitan Rapid Transit Auth. v. Reid*, 295 Ga. 523 (763 SE2d 695) (2014). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. Phipps, C. J., and Ellington, P. J., concur.*